# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA
## MIAMI DIVISION

### CASE NO. 12-23272-CIV-GRAHAM/GOODMAN

SONIA DELGADO, JUAN ENRIQUE
DELGADO, and JACQUELINE CABRERA,
as co-Personal Representatives of the Estate
of Juan Delgado, deceased,

      Plaintiffs,

v.

DELTA AIR LINES, INC.,

      Defendant.

_____/

## DISCOVERY ORDER

This Cause is before the Undersigned on the parties' cross notices of hearing regarding two discovery disputes.[1] The Undersigned has considered the discovery materials submitted by the parties and the pertinent portions of the record and held a hearing on July 12, 2013.

Despite their best efforts, Plaintiffs and Defendant have been unable to resolve certain discovery disputes that arose before the District Court's July 8, 2013 discovery deadline. Specifically, Plaintiffs seek to compel Defendant's 30(b)(6) deposition and Defendant seeks to compel the deposition of Dr. Jorge Fleites, the deceased's doctor. At the hearing, the parties advised that they will be filing cross-summary judgment

---

[1]      The District Court's Discovery Procedures Order does not permit the filing of discovery motions. [ECF No. 12].

motions. However, they also advised that these depositions, and other agreed-upon discovery, would be unlikely to affect the District Court's trial date or the summary judgment briefing schedule. Accordingly, for the reasons set forth on the record at the July 12, 2013 discovery hearing, it is **ORDERED** and **ADJUDGED** as follows:

1.  Plaintiffs' request to take the Defendant's 30(b)(6) deposition is **GRANTED**.

2.  Defendant's request to take the deposition of Dr. Jorge Fleites is **GRANTED**.

3.  The parties shall work with each other to coordinate the timing of the depositions.

4.  These depositions and other agreed-upon discovery will not postpone the filing of any summary judgment related briefing, e.g., motions, responses, replies, etc., and the parties shall not seek enlargements of time for the filing of any motion or memoranda concerning the to-be-filed summary judgment motions based upon the discovery permitted by this order.

　　　　**DONE AND ORDERED** in Chambers, at Miami, Florida, July 15, 2013.

_____
Jonathan Goodman
UNITED STATES MAGISTRATE JUDGE

<u>**Copies furnished to**</u>:
The Honorable Donald L. Graham
All counsel of record

2