UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.  12-CV-23272-GRAHAM/Goodman

SONIA DELGADO, JUAN ENRIQUE
DELGADO and JACQUELINE CABRERA,
as Co-Personal Representatives of the Estate
of Juan Delgado, Deceased,

        Plaintiffs,

vs.

DELTA AIR LINES, INC.,

        Defendant.
_____/

## PLAINTIFFS' STATEMENT OF UNDISPUTED MATERIAL FACTS

      Plaintiffs, Sonia Delgado, Juan Enrique Delgado, and Jacqueline Cabrera, as Co-Personal Representatives of the Estate of Juan Delgado, deceased, pursuant to Rule 56.1 of the Local Rules of the Southern District of Florida, hereby file their Statement of Undisputed Material Facts in support of their Motion for Partial Summary Judgment and state:

    1.    Mr. and Mrs. Delgado were married for 53 years at the time of his death. Declaration of Sonia Delgado at ¶ 1, attached hereto as Exhibit "A."

    2.    Juan Delgado and his wife, Sonia Delgado, frequently traveled on airplanes together, including international trips.  Ex. A at ¶ 3.

    3.    When traveling together, neither Mr. Delgado nor his wife had previously disembarked a 747-400, or other large airplane, using a portable staircase.  Ex. A ¶ 4.

    4.    Neither Mr. Delgado nor his wife had ever disembarked any aircraft at Charles de Gaulle Airport using a portable staircase.  Ex. A ¶ 5.

5. On May 30, 2012, Juan Delgado was a passenger aboard Air France Flight number 695 from Miami, Florida, to Charles de Gaulle airport in Paris, France. Investigative Inquiry Report of Transportation Findings and Measures Taken, June 1, 2012, at 5–6, attached hereto as Exhibit "B." The flight landed on the morning of May 31, 2012. *Id.*

6. The aircraft was late in arriving in Paris. Ex. A at ¶ 6–7; Rapport du Commandant, attached hereto as Exhibit "C" with unofficial translation provided by Delta Airlines.

7. The flight was supposed to land in Paris at 8:25 am. Mrs. Delgado believes it was 20–30 minutes late in arriving. Ex. A at ¶ 7.

8. The pilot report states that the flight was 22 minutes late. Ex. B.

9. The aircraft did not park at a gate with a jetway, rather the passengers disembarked using one portable staircase onto the tarmac at a remote terminal. Jacqueline Cabrera Dep. 50:12–15, Feb. 21, 2013, attached hereto as Exhibit "D"; Ex. B at 2–6.[1] After deplaning, the passengers would have to wait for a bus to take them to the terminal. *Id.*

10. The staircase used to disembark Flight 695 was owned by Air France. Ex. B at 3.

11. Mr. Delgado, who was traveling with his family, came down from their upper deck seats wheeling his carry-on bags behind him as he entered the external staircase. Ex. D 79:8–19.

12. Mr. Delgado had two bags on the flight. Neither of the bags are alleged to have been oversized in violation of Air France's rules, nor are they alleged to have been inherently dangerous. Deposition of Defendant Delta Airline's Proffered Expert, Mrs. Melanie Warhmund, July 9, 2013, at p. 55–56, attached hereto as Exhibit "E."

---

[1] A second portable staircase was brought out after Mr. Delgado's accident.

13.     As he entered the staircase Mr. Delgado was on the left side, and was holding onto the handrail.  Ex. D at 65:21–22, 80:12–14.

14.     Mr. Delgado was a very active individual which allowed him to remain steady and limber in his older age. Ex. A at ¶ 13.

15.     Even though he was steady, it was Mr. Delgado's habit to descend stairs at a safe rate of speed, while holding the handrail, and to be extra cautious when descending stairs. Ex. A at ¶ 15.

16.     The portable staircase Juan Delgado fell down was the only means of alighting from the subject flight at that time.  Ex. B at 50:12–15; Deposition of Sonia Delgado, Feb. 19, 2013, at 66:18–67:11, 69:22–23, attached hereto as Exhibit "F."

17.     The portable staircase used was missing anti-skid grip tape on two of the steps. Ex. C at 5–6.

18.     The step that Mr. Delgado fell from was missing a portion of the black, anti-skid strip on the left side of the step.  Ex. A at ¶¶ 13–14; Ex. B at 65:21–22, 80:12–14; Ex. C at 5–6.

19.     The missing portion of the anti-skid strip was on the eleventh step from the bottom of the stairs on the left side. Ex. A at ¶¶ 13–14; Ex. B at 65:21–22, 80:12–14; Ex. C at 5–6.

20.     Mr. Delgado fell from the eleventh step from the bottom.  Ex. A at ¶¶ 12–13, Ex. B at p. 5.

21.     Although the aircraft was late arriving at Charles de Gaulle airport, Mr. Delgado was not in a rush. Many of the other passengers, however, rushed to disembark the late flight to reach their connecting flights. Ex. A at ¶ 9; Ex. D at 66:18–67:11, 69:22–23, 72:22–73:23; Ex. B at 48:14–18, 64:8–24, 66:19–67:7.

22. The flight crew failed to warn Mr. Delgado that he would be required to deplane by stairs onto the tarmac. Ex. A at ¶ 8; Ex. B at 45:25–46:10; Ex. D at 68:23–69:16, 73:16–19.

23. As Mr. and Mrs. Delgado approached the top of the stairs, there was a mob of people trying to exit the plane all at once. It was difficult for Mr. and Mrs. Delgado to move because people were cutting in front of each other as they rushed out. Two large individuals cut in between Juan Delgado, who was in front of the individuals, and his wife Sonia Delgado, who was exiting behind them. Ex. C at 66:18–67:11.

24. As the rushing passengers quickly descended the stairs, they were bumping into one another. Ex. A at ¶¶ 10–11.

25. The jostling passengers on the defective stairs caused Mr. Delgado to fall down the stairs and suffer fatal injuries. Ex. A at ¶ 11; Ex. D at 48:14–18, 64:8–24, 66:19–67:7; Ex. F at 66:18–67:11, 69:22–23, 72:22–73:23; Ex. B at 5–7; Report of Lewis Barbe, Plaintiffs' Expert, attached hereto as Exhibit "G."

26. Defendant's Proffered Expert, Brian Grieser, testified that external factors cannot be ruled out in this case. Deposition of Brian Grieser, July 11, 2013, at p. 86:8–9, attached hereto as Exhibit "H."

27. As he fell down the stairs, Juan Delgado hit the occipital portion of his head. Ex. B at 6.

28. Mr. Delgado died as a result of the injuries he sustained in the fall. Ex. B at 5–7.

29. Mr. Juan Delgado purchased his ticket from Delta Airlines. The flight, Flight 695, was operated by its code-share partner, Air France. Copy of Mr. Delgado's electronic itinerary, attached hereto as Exhibit "I."

## CERTIFICATE OF SERVICE

WE HEREBY CERTIFY that a true and correct copy of the foregoing has been served via CM/ECF on all attorneys of record this 15th day of July, 2013.

 Respectfully submitted,

 s/ Steven C. Marks
 Steven C. Marks (FBN 516414)
 Email: smarks@podhurst.com
 Lea P. Valdivia (FBN 84763)
 Email: lvaldivia@podhurst.com
 PODHURST ORSECK, P.A.
 25 West Flagler Street, Suite 800
 Miami, FL 33130
 Telephone: (305) 358-2800
 Fax: (305) 358-2382
 *Attorneys for Plaintiffs*