UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 12-CV-23272-Graham/Goodman

SONIA DELGADO, JUAN ENRIQUE
DELGADO & JACQUELINE CABRERA, as
co-Personal Representatives of the Estate of
Juan Delgado, Deceased

    Plaintiffs,

v.

DELTA AIR LINES, INC.

    Defendant.
_____/

## DECLARATION OF LYNDALL M. LAMBERT

1.    My name is Lyndall M. Lambert. I am over the age of 18 years and I have personal knowledge of the matters to which I attest herein. I am counsel to Defendant Delta Air Lines, Inc. ("Delta") and submit this declaration in support of its Motion for Summary Judgment.

### BACKGROUND

2.    On May 31, 2012, Mr. Juan Delgado, an 80-year-old male, fell while disembarking from Air France Flight 695 from Miami, Florida to Paris, France via a mobile staircase at Charles de Gaulle Airport near Paris.

3.    Immediately following the incident, the Gendarmerie (i.e., the French police), conducted an investigation.

4.    As part of their investigation, the Gendarmerie interviewed witnesses to the fall, including two of the Plaintiffs and Air France cabin crew and ground personnel, took photographs, collected evidence, and seized and inspected the mobile staircase.

5. Following their investigation, the Gendarmerie published a comprehensive report, containing 33 individual parts.

6. The Gendarmerie did not attribute any blame to Air France, Delta's code-share partner, or Delta, for Mr. Delgado's fall.

## ATTACHMENTS

7. Attached as Exhibit A is a true and correct copy of the Complaint filed by Plaintiffs in the above-captioned matter.

8. Attached as Exhibit B is a true and correct copy of the Answer filed by Defendant in the above-captioned matter.

9. Attached as Exhibit C is a true and correct copy of excerpts from the deposition testimony of Sonia Delgado.

10. Attached as Exhibit D is a true and correct copy of excerpts from the deposition testimony of Jacqueline Cabrera.

11. Attached as Exhibit E is a true and correct copy of excerpts from the deposition testimony of Joseph Cabrera.

12. Attached as Exhibit F is a true and correct copy of excerpts from the deposition testimony of Miranda Cabrera.

13. Attached as Exhibit G is a true and correct copy of excerpts from the deposition testimony of Alexander Cabrera.

14. Attached as Exhibit H is a true and correct copy of the statement made by Sarah Jamy to the Gendarmerie on June 11, 2012, as well as a certified translation of same.

15. Attached as Exhibit I is a true and correct copy of "Piece 29" to the Gendarmerie Report, as well as a certified translation of same.

16. Attached as Exhibit J is a true and correct copy of "Piece 30" to the Gendarmerie Report, as well as a certified translation of same.

17. Attached as Exhibit K is a true and correct copy of excerpts from the deposition testimony of Philippe Gontier.

18. Attached as Exhibit L is a true and correct copy of excerpts from the deposition testimony of Philippe Arnaud.

19. Attached as Exhibit M is a true and correct copy of excerpts from the deposition testimony of Chrystele Diveu.

20. Attached as Exhibit N is a true and correct copy of excerpts from the deposition testimony of Melanie Dussault.

21. Attached as Exhibit O is a true and correct copy of the report from Delta's Expert Disclosures, including the expert reports of Brian Grieser and Melanie Wahrmund.

22. Attached as Exhibit P is a true and correct copy of excerpts from the deposition testimony of Gilles Papin.

23. Attached as Exhibit Q is "Piece 2" to the Gendarmerie Report, as well as a certified translation of same.

24. Attached as Exhibit R is "Piece 4" to the Gendarmerie Report, as well as a certified translation of same.

25. Attached as Exhibit S is a true and correct copy of excerpts from the deposition testimony of Lewis Barbe.

26. Attached as Exhibit T is a true and correct copy of Plaintiffs' Expert Disclosures.

27. Attached as Exhibit U is a true and correct copy of excerpts from the deposition testimony of Brian Grieser.

I declare under penalty of perjury that the foregoing is true and correct. Executed on July 15, 2013.

_____
Lyndall M. Lambert